UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-3520**

In re: Diamondhead Casino Corporation
(D. Del. Nos. 1:25-cv-01022 & 1:25-cv-01167)

**ORDER**

  To facilitate electronic filing for larger groups of parties represented by the same attorney, the first named party in each group will be the designated filer, as follows:

  For all parties represented by Jonathan M. Stemerman, Esq., or any other attorney from the law firm of Armstrong Teasdale LLP, the designated filer shall be Edson Arneault.

Counsel is advised that the designated filer is for cm/ecf filing purposes only.  Names of all represented parties must be listed on all forms, motions, and briefs.  Attorneys representing smaller groups of parties must select all individual persons or entities as filers in cm/ecf.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: December 23, 2025
Sb/cc: Deborah A. Vilate
   All Counsel of Record