OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

January 7, 2026

Jonathan M. Stemerman, Esq.
Armstrong Teasdale
1007 N Market Street
3rd Floor
Wilmington, DE 19801

RE: In re: In RE: Diamondhead Casino Corporation
Case Number: 25-3520
District Court Case Number: 1:25-cv-01022
District Court Case Number: 1:25-cv-01167

Dear Counsel:

Pursuant to our docketing letter dated **December 23, 2025**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,

Patricia S. Dodszuweit, Clerk

By: Stephanie
Case Manager

Direct Dial 267-299-4926

cc:
Robert D. Goldberg, Esq.
Deborah A. Vitale